**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-1159**

—————————

DIANA KAYIBANDA,

          Petitioner,

    v.

MICHAEL B. MUKASEY, Attorney General,

          Respondent.

—————————

On Petition for Review of an Order of the Board of Immigration Appeals.

—————————

Submitted:  September 2, 2008    Decided:  September 11, 2008

—————————

Before WILKINSON and MOTZ, Circuit Judges, and WILKINS, Senior Circuit Judge.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Peter Nyoh, PETER NYOH AND ASSOCIATES, Silver Spring, Maryland, for Petitioner. Gregory G. Katsas, Acting Assistant Attorney General, Ernesto H. Molina, Jr., Senior Litigation Counsel, Lauren E. Fascett, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diana Kayibanda, a native of Uganda and a citizen of Rwanda, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of her applications for relief from removal.

Kayibanda first challenges the determination that she failed to establish eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Kayibanda fails to show that the evidence compels a contrary result. Having failed to qualify for asylum, Kayibanda cannot meet the more stringent standard for withholding of removal. Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999); INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED